

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOHN A. PASSIDOMO<br>Assistant Corporation Counsel<br>Phone: (212) 356-2617<br>Fax: (221) 356-3509<br>jpassido@law.nyc.gov |

April 7, 2021

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re: <u>Christopher D. Galliego v. City of New York</u>, 21 Civ. 00284 (VSB)

Your Honor,

        I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney for Defendant City of New York (hereinafter "City") in the above-referenced matter. Defendant City respectfully writes to request that the Court grant a 30-day enlargement of time for the City to respond to the Court's Order pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997) currently due April 12, 2021. ECF No. 6. This is the City's first request for an extension of time to respond. Plaintiff, proceeding *pro se*, is currently incarcerated and so his position could not expeditiously be obtained.

        By way of background, plaintiff filed the Complaint on January 12, 2021, alleging, *inter alia*, that on November 18, 2020, a correction officer at the Rikers Island facility assaulted plaintiff while he was being transported on a bus traveling from "West Facility" to the George R. Vierno Center. ECF No. 2. On February 11, 2021, this Office was ordered to identify, by April 12, 2021, the officer involved in plaintiff's alleged assault, and to provide his badge number and service address.

        On April 5, 2021, during their investigation into the incident, the undersigned learned that, upon information and belief, a probe team was called to the bus on which plaintiff was being transported. Documents relating to the extraction and any resultant infractions have been requested and time is necessary both to receive them, and to interview any officers named in them, in order to confirm their presence.

      Accordingly, the City respectfully requests a 30 day extension, from April 12, 2021 to May 12, 2021 to respond to the Court's Valentin Order.

      Thank you for your consideration in this matter.

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 4/9/2021

As I already ordered, Plaintiff is directed to file an amended complaint naming the John Doe defendant within 30 days of receiving the information from the Law Department. The Clerk's office is directed to mail a copy of this order to the Plaintiff.

Respectfully submitted,

By:    _s/ John A. Passidomo_
      John A. Passidomo
      Assistant Corporation Counsel
      New York City Law Department
      100 Church Street, Room 3-202
      New York, New York 10007
      (212) 356-2617
      jpassido@law.nyc.gov

CC: By Mail
Christopher D. Galliego
*Plaintiff pro se*
NIC (North Infirmary Command)
15-00 Hazen St.
Queens, NY 11370