```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHRISTOPHER D. GALLIEGO,                                   :
                                                           :
                              Plaintiff,                   :
                                                           :       21-cv-284 (VSB)
               -against-                                   :
                                                           :         ORDER
JOHN DOE et al.,                                           :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Corporation Counsel's June 11, 2021 letter that identifies the Defendant "John Doe" in response to my order pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997). (Doc. 17.) I have previously ordered that Plaintiff is directed to file an amended complaint naming the John Doe defendant within 30 days of receiving the information from the Law Department. Accordingly, it is hereby:

      ORDERED that Plaintiff is directed to file his amended complaint on or before July 12, 2021.

      The Clerk's office is directed to file a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: June 11, 2021
       New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge