```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHRISTOPHER GALLEGIO,                                       :
                                                            :
                                Plaintiffs,                 :
                                                            :          21-cv-284 (VSB)
              -against-                                     :
                                                            :                **ORDER**
CITY OF NEW YORK et al.,                                    :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 11, 2021—after I granted several extensions—Defendant The City of New York issued a letter in response to my *Valentin* order naming the Correction Officer initially identified as "John Doe" in Plaintiff's complaint. (Doc. 17.) That same day, I instructed Plaintiff to file an amended complaint naming the John Doe Defendant on or before July 12, 2021, (Doc. 18)—a 30-day deadline that I had mentioned in previous orders, (*see* Docs. 12, 14). Plaintiff has missed this deadline. In light of Plaintiff's pro se status, and the multiple extensions Defendant received, I believe Plaintiff is entitled additional time to file his amended complaint as previously ordered. Accordingly, it is hereby:

ORDERED that Plaintiff is directed to file an amended complaint naming the John Doe Defendant, identified at Document 17, on or before August 6, 2021. Plaintiff is warned that he risks dismissal of his case for failure to prosecute if he fails to meet this new deadline. To the extent Plaintiff intends to file his amended complaint but needs an extension, he is directed to file a letter motion to that effect.

IT IS FURTHER ORDERED that the Clerk's office is directed to mail a copy of this

Order to the pro se Plaintiff.

SO ORDERED.

Dated: July 16, 2021
New York, New York

_____
Vernon S. Broderick
United States District Judge