```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CHRISTOPHER GALLEGIO,                                        :
                                                             :
                                   Plaintiffs,               :
                                                             :
                -against-                                    :
                                                             :
CITY OF NEW YORK et al.,                                     :
                                                             :
                                   Defendants.               :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___8/10/2021___

21-cv-284 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On June 11, 2021—after I granted several extensions—Defendant The City of New York

issued a letter in response to my *Valentin* order naming the Correction Officer initially identified

as "John Doe" in Plaintiff's complaint. (Doc. 17.) That same day, I instructed Plaintiff to file an

amended complaint naming the John Doe Defendant on or before July 12, 2021, (Doc. 18)—a

30-day deadline that I had mentioned in previous orders, (*see* Docs. 12, 14). Plaintiff missed this

deadline. I issued a subsequent order on July 16, 2021, stating that in light of Plaintiff's pro se

status, and the multiple extensions Defendant received, I believed that Plaintiff was entitled

additional time to file his amended complaint. (Doc. 19.) In that order, I directed Plaintiff to file

an amended complaint on or before August 6, 2021, and noted that Plaintiff risked dismissal of

his case for failure to prosecute if he failed to meet the new deadline.

Plaintiff has missed this second deadline, and has not requested an extension or otherwise

taken any action to prosecute this case. Accordingly, it is hereby:

ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE for Plaintiff to

re-file his complaint in the future.

IT IS FURTHER ORDERED that the Clerk's office is directed to mail a copy of this

Order to the pro se Plaintiff and to terminate this case.

SO ORDERED.

Dated:  August 10, 2021
        New York, New York

                            Vernon S. Broderick
                            United States District Judge